UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARY LAFORGE, ET AL.** | : | **CIVIL ACTION NO. 2:18-cv-916** |
| **VERSUS** | : | **JUDGE JAMES** |
| **GOLDEN NUGGET LAKE CHARLES, LLC, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 30] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand and for Attorney's Fees and Costs [doc. 10] filed by plaintiffs Mary LaForge and Wayne LaForge be **GRANTED** in part, the case be remanded, and plaintiffs' request for costs and attorney fees be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 27th day of March, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE